COPY

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) MORROW, MARGARET M | 2. Court or Organization U.S. District Court, CACD | 3. Date of Report 05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address United States District Court 255 E. Temple St., Ste. 770 Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Ninth Circuit Historical Society |
| 2. Trustee | Bryn Mawr College - Board of Trustees |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 P 12: 18 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Universal Locations, Inc., filming at residence | $ 8,165.58 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | California Courts of Appeal, Second Appellate District, Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Bryn Mawr College | January 9-11: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 2. | Bryn Mawr College | April 27-29: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 3. | Bryn Mawr College | June 15-17: Warrenton, VA - Bryn Mawr College, Board of Trustees Retreat (Air Transportation, Lodging, Meals) |
| 4. | Bryn Mawr College | October 5-7: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

5. _____

6. _____

7. _____

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Van Kampen American Capital, Pace Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Bank - IRA | A | Interest | J | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | E | Div. & Int. | P1 | T | | | | | |
| 5. - Cash equivalent - Smith Barney | | | | | | | | | |
| 6. - International Paper Company - common stock | | | | | | | | | |
| 7. - Union Pacific Corp. - common stock | | | | | Partial sale | 3/31 | J | A | |
| 8. - Wyeth - common stock | | | | | | | | | |
| 9. - American International Group, Inc. - common stock | | | | | Partial sale | 11/07 | J | | |
| 10. - | | | | | Partial buy | 11/27 | J | | |
| 11. - Amgen Inc. - common stock | | | | | | | | | |
| 12. - Sanofi-Aventis ADR - common stock | | | | | Partial buy | 4/7 | J | | |
| 13. - | | | | | Partial buy | 12/21 | J | | |
| 14. - Baker Hughes Inc. - common stock | | | | | Partial sale | 6/29 | J | B | |
| 15. - | | | | | Partial sale | 10/16 | J | A | |
| 16. - | | | | | Partial sale | 12/14 | J | A | |
| 17. - | | | | | Final sale | 12/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Bank of New York Inc. - common stock | | | | | | | | | |
| 19.  - Bemis Company Inc. - common stock | | | | | | | | | |
| 20.  - BP PLC ADR - common stock | | | | | | | | | |
| 21.  - C.H. Robinson Worldwide - common stock | | | | | Final sale | 1/20 | J | B | |
| 22.  - Cadbury Schweppes PLC ADR - common stock | | | | | Partial sale | 5/12 | J | A | |
| 23.  - Canon Inc. ADR - common stock | | | | | Partial sale | 12/20 | J | B | |
| 24.  - Catalina Marketing Corporation - common stock | | | | | | | | | |
| 25.  - Cincinnati Financial Corporation - common stock | | | | | Final sale | 7/25 | J | B | |
| 26.  - Cintas Corporation - common stock | | | | | Final sale | 11/21 | J | | |
| 27.  - Cisco Systems Inc. - common stock | | | | | | | | | |
| 28.  - Danske Bank A/S ADR - common stock | | | | | Partial sale | 1/27 | J | B | |
| 29.  - | | | | | Final sale | 11/13 | J | B | |
| 30.  - Deere & Company - common stock | | | | | Partial sale | 1/6 | J | A | |
| 31.  - | | | | | Partial sale | 1/9 | J | A | |
| 32.  - | | | | | Partial sale | 3/24 | J | A | |
| 33.  - | | | | | Partial sale | 7/26 | J | A | |
| 34.  - | | | | | Partial sale | 11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - | | | | | Partial sale | 11/21 | J | A | |
| 36.   - Dell Computer Inc. - common stock | | | | | Partial sale | 9/29 | J | -A | |
| 37.   - | | | | | Final sale | 11/07 | J | A | |
| 38.   - Diageo PLC ADR - common stock | | | | | | | | | |
| 39.   - Eaton Vance Corp. - common stock | | | | | Partial sale | 8/18 | J | A | |
| 40.   - ENI S.P.A. ADR - common stock | | | | | Partial sale | 9/11 | J | B | |
| 41.   - Equifax Inc. - common stock | | | | | Final sale | 4/10 | J | B | |
| 42.   - Exxon Mobil Corporation - common stock | | | | | | | | | |
| 43.   - Fair Isaac & Co. Inc. - common stock | | | | | Partial buy | 4/10 | J | | |
| 44.   - Bank of America - common stock | | | | | | | | | |
| 45.   - Genentech Inc. - common stock | | | | | Partial sale | 1/4 | J | A | |
| 46.   - | | | | | Partial sale | 3/24 | J | A | |
| 47.   - | | | | | Final sale | 11/07 | J | C | |
| 48.   - General Electric Company - common stock | | | | | Partial sale | 11/7 | J | | |
| 49.   - | | | | | Partial buy | 12/19 | J | | |
| 50.   - | | | | | Partial buy | 12/20 | J | | |
| 51.   - Heineken NV ADR - common stock | | | | | Partial sale | 12/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 60. | - Nestle - SA ADR common stock | | | | | | |
| 61. | - Network Applicance Inc. - common stock | | | Partial sale | 11/7 | J | B |
| 62. | - | | | Final sale | 11/8 | J | B |
| | - Novartis AG ADR - common stock | | | Partial buy | 2/6 | J | |
| 64. | - | | | Partial buy | 7/11 | J | |
| 65. | - Pepsico Inc. - common stock | | | Partial sale | 11/15 | J | |
| 66. | - Pixar Inc. - common stock | | | Partial sale | 2/15 | J | A |
| 67. | - | | | Partial sale | 2/16 | J | A |
| 68. | - | | | Partial sale | 2/22 | J | A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - | | | | | Partial sale | 2/23 | J | A | |
| 70. - | | | | | Partial sale | 2/24 | J | A | |
| 71. - | | | | | Partial sale | 2/27 | J | A | |
| 72. - | | | | | Merger | 5/8 | J | | See note in Part VIII |
| 73. - Potash Corp. Sask. Inc. - common stock | | | | | Partial sale | 1/30 | J | A | |
| 74. - | | | | | Final sale | 4/19 | J | A | |
| 75. - Progressive Corporation - common stock | | | | | Partial sale | 3/27 | J | A | |
| 76. - | | | | | Partial sale | 3/28 | J | A | |
| 77. - | | | | | Partial sale | 3/29 | J | A | |
| 78. - | | | | | Partial sale | 3/30 | J | A | |
| 79. - | | | | | Partial sale | 3/31 | J | A | |
| 80. - | | | | | Partial sale | 8/23 | J | A | |
| 81. - | | | | | Partial sale | 11/7 | J | B | |
| 82. - | | | | | Partial sale | 11/8 | J | B | |
| 83. - | | | | | Final sale | 11/9 | J | A | |
| 84. - Qualcomm Inc. - common stock | | | | | Partial sale | 4/17 | J | A | |
| 85. - | | | | | Partial sale | 11/7 | J | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,000 - $250,000<br>P2 =$5,000,001 - $25,000,000<br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Royal Dutch Schell PLC ADR -common stock | | | | | | | | | |
| 87. - A T &T- common stock | | | | | | | | | |
| 88. - Schlumberger Ltd. - common stock | | | | | Partial sale | 2/28 | J | A | |
| 89. - | | | | | Partial sale | 3/1 | J | A | |
| 90. - | | | | | Partial sale | 7/21 | J | A | |
| 91. - | | | | | Partial sale | 7/24 | J | A | |
| 92. - | | | | | Partial sale | 11/7 | J | A | |
| 93. - Teleflex Inc. - common stock | | | | | | | | | |
| 94. - Tootsie Roll Industries - common stock | | | | | Final sale | 3/7 | J | | |
| 95. - Total S.A. ADR - common stock | | | | | | | | | |
| 96. - Arkema ADR - common stock | | | | | Spin-off | 5/26 | J | | See note in Part VIII |
| 97. - | | | | | Final sale | 6/5 | J | A | |
| 98. - Unilever PLC ADR - common stock | | | | | Partial sale | 3/13 | J | A | |
| 99. - Valspar Corporation - common stock | | | | | | | | | |
| 100. - Verizon Communications - common stock | | | | | Partial buy | 3/2 | J | | |
| 101. - Idearc Inc. - common stock | | | | | Spin-off | 11/24 | J | | See note in Part VIII |
| 102. - Wal-Mart Stores Inc. - common stock | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Waste Management Inc. - common stock | | | | | | | | | |
| 104. - Xilinx Inc. - common stock | | | | | Final sale | 6/20 | J | | |
| 105. - AXA S.A. ADR - common stock | | | | | | | | | |
| 106. - Barclays PLC ADR - common stock | | | | | Partial sale | 7/13 | J | A | |
| 107. - Calamos Market Neutral Fund - mutual fund | | | | | Final sale | 11/21 | J | | |
| 108. - Citigroup Inc. - common stock | | | | | Partial buy | 11/20 | J | | |
| 109. - | | | | | Partial buy | 12/20 | J | | |
| 110. - | | | | | Partial buy | 12/21 | J | | |
| 111. - Donaldson Co. Inc. - common stock | | | | | | | | | |
| 112. - EMC Corp. - common stock | | | | | Partial sale | 1/4 | J | A | |
| 113. - | | | | | Partial sale | 1/5 | J | A | |
| 114. - | | | | | Final sale | 1/6 | J | A | |
| 115. - Glaxosmithkline PLC ADR - common stock | | | | | Partial sale | 12/4 | J | A | |
| 116. - San Paolo IMI SpA ADR - common stock | | | | | | | | | |
| 117. - KAO Corporation ADR - common stock | | | | | Final sale | 5/16 | J | | |
| 118. - Merck & Co. - common stock | | | | | | | | | |
| 119. - Nokia Corp. ADR - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. - Reinsurance Group of America - common stock | | | | | | | | | |
| 121. - Schering Plough Corp. - common stock | | | | | Partial sale | 1/6 | J | | |
| 122. - Siemens AG ADR - common stock | | | | | Partial sale | 7/11 | J | | |
| 123. - Societe Generale ADR - common stock | | | | | Partial sale | 1/23 | J | B | |
| 124. - UBS AG - common stock | | | | | Partial sale | 2/1 | J | B | |
| 125. - Viacom Inc. - common stock | | | | | Final sale | 2/23 | J | | |
| 126. - CBS Corporation - common stock | | | | | Spin-off | 1/4 | J | | See note in Part VIII |
| 127. - | | | | | Final sale | 2/24 | J | A | |
| 128. - Wachovia Corp. - common stock | | | | | Partial sale | 4/13 | J | A | |
| 129. - | | | | | Final sale | 4/17 | J | A | |
| 130. - Aflac, Inc. - common stock | | | | | Partial buy | 2/28 | J | | |
| 131. - | | | | | Partial sale | 9/8 | J | A | |
| 132. - | | | | | Final sale | 12/6 | J | | |
| 133. - Allied Irish Bks ADR - common stock | | | | | | | | | |
| 134. - Amazon Com Inc. - common stock | | | | | Partial sale | 3/28 | J | A | |
| 135. - | | | | | Partial sale | 3/29 | J | A | |
| 136. - | | | | | Final sale | 11/7 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Brown & Brown Inc. - common stock | | | | | | | | | |
| 138. - Comcast Corp. - common stock | | | | | Partial buy | 11/7 | J | | |
| 139. - Copart Inc. - common stock | | | | | | | | | |
| 140. - Diagnostic Products Corp. - common stock | | | | | Final sale | 6/15 | J | B | |
| 141. - E. I. Dupont De Nemours & Co. - common stock | | | | | Final sale | 2/9 | J | | |
| 142. - Eaton Corp. - common stock | | | | | Partial sale | 10/4 | J | A | |
| 143. - | | | | | Partial sale | 11/5 | J | A | |
| 144. - EBay Inc. - common stock | | | | | Partial sale | 9/29 | J | A | |
| 145. - | | | | | Final sale | 11/7 | J | A | |
| 146. - Procter & Gamble - common stock | | | | | | | | | |
| 147. - Monsanto Co. - common stock | | | | | Partial sale | 1/27 | J | A | |
| 148. - Motorola Inc. - common stock | | | | | Partial sale | 1/5 | J | A | |
| 149. - | | | | | Partial sale | 5/3 | J | A | |
| 150. - | | | | | Final sale | 7/26 | J | B | |
| 151. - Newmont Mining Corp. - common stock | | | | | | | | | |
| 152. - Nike Inc. - common stock | | | | | Partial sale | 4/18 | J | A | |
| 153. - | | | | | Final sale | 4/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Parker-Hannifin Corp. - common stock | | | | | | | | | |
| 155. - Praxair, Inc. - common stock | | | | | | | | | |
| 156. - Regis Corp. Minnesota - common stock | | | | | | | | | |
| 157. - Rent-A-Center Inc. - common stock | | | | | | | | | |
| 158. - Tesco PLC ADR - common stock | | | | | | | | | |
| 159. - Zebra Technologies Inc. - common stock | | | | | | | | | |
| 160. - Credit Suisse Group ADR - common stock | | | | | Partial sale | 3/10 | J | A | |
| 161. - Emerson Electric Co. - common stock | | | | | | | | | |
| 162. - Kraft Foods Inc. - common stock | | | | | | | | | |
| 163. - Microchip Technology Inc. - common stock | | | | | | | | | |
| 164. - Newell Rubbermaid Inc. - common stock | | | | | Final sale | 4/5 | J | A | |
| 165. - Pimco High Income Fund - closed-end fund | | | | | Final sale | 11/21 | L | B | |
| 166. - Progress Energy Inc. - common stock | | | | | | | | | |
| 167. - Stancorp Financial Group - common stock | | | | | Partial sale | 3/20 | J | A | |
| 168. - Starbucks Corp. - common stock | | | | | Partial sale | 3/24 | J | A | |
| 169. - | | | | | Partial sale | 3/27 | J | A | |
| 170. - | | | | | Partial sale | 8/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - | | | | | Final sale | 11/7 | J | A | |
| 172. - Swiss Reinsurance ADR - common stock | | | | | | | | | |
| 173. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 174. - Walgreen Co. - common stock | | | | | Partial sale | 10/4 | J | A | |
| 175. - | | | | | Final sale | 11/7 | J | A | |
| 176. - Yahoo Inc. - common stock | . | | | | Partial sale | 2/6 | J | A | |
| 177. - | | | | | Partial sale | 3/24 | J | A | |
| 178. - | | | | | Partial sale | 3/27 | J | A | |
| 179. - | | | | | Partial sale | 6/26 | J | B | |
| 180. - | | | | | Partial sale | 7/27 | J | A | |
| 181. - Apollo - common stock | | | | | Partial sale | 2/6 | J | | |
| 182. - | | | | | Final sale | 4/27 | J | | |
| 183. - Axcan Pharma Inc.- CAD - common stock | | | | | Final sale | 1/31 | J | | |
| 184. - Baxter International Inc. - common stock | | | | | | | | | |
| 185. - Commerce Bancorp Inc. - common stock | | | | | Partial buy | 6/20 | J | | |
| 186. - | | | | | Partial sale | 11/7 | J | A | |
| 187. - | | | | | Partial sale | 11/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - | | | | | Partial sale | 11/16 | J | A | |
| 189. - | | | | | Final sale | 11/24 | J | A | |
| 190. - Clorox - common stock | | | | | | | | | |
| 191. - CVS Corp. - common stock | | | | | Partial sale | 1/6 | J | A | |
| 192. - | | | | | Partial sale | 5/19 | J | A | |
| 193. - | | | | | Partial buy | 11/7 | J | | |
| 194. - Electronic Arts - common stock | | | | | Partial sale | 6/9 | J | | |
| 195. - | | | | | Final sale | 11/7 | J | A | |
| 196. - Kimberly Clark Corp. - common stock | | | | | | | | | |
| 197. - Kroger Co. - common stock | | | | | | | | | |
| 198. - Mettler Toledo International Inc. - common stock | | | | | | | | | |
| 199. - 99 Cents Only Store - common stock | | | | | Final sale | 7/17 | J | | |
| 200. - Normura Holdings Inc. ADR - common stock | | | | | | | | | |
| 201. - Pfizer Inc. - common stock | | | | | Partial sale | 11/13 | J | | |
| 202. - Schering A G ADR - common stock | | | | | Final sale | 4/13 | J | B | |
| 203. - XM Satellite Radio Holdings - common stock | | | | | Final sale | 5/22 | J | | |
| 204. - Adobe Systems Inc. - common stock | | | | | Partial sale | 10/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - | | | | | Partial buy | 11/7 | J | | |
| 206. - | | | | | Partial buy | 11/8 | J | | |
| 207. - Automatic Data Processing Inc. - common stock | | | | | | | | | |
| 208. - Barrick Gold Corp. CAD - common stock | · | | | | | | | | |
| 209. - Bellsouth Corp. - common stock | | | | | Partial sale | 12/5 | J | A | |
| 210. - Campbell Soup Company - common stock | | | | | | | | | |
| 211. - Walt Disney Co. - common stock | | | | | Partial sale | 2/8 | J | | |
| 212. - | | | | | Partial sale | 10/20 | J | A | |
| 213. - | | | | | Partial sale | 10/23 | J | B | |
| 214. - | | | | | Final sale | 10/24 | J | A | |
| 215. - El Paso Corp. - common stock | | | | | | | | | |
| 216. - Electronic Data Systems Corp. - common stock | | | | | Final sale | 9/13 | J | A | |
| 217. - General Dynamics Corp. - common stock | | | | | Partial buy | 11/7 | J | | |
| 218. - General Mills Inc. - common stock | | | | | Final sale | 11/13 | J | A | |
| 219. - Google Inc. - common stock | | | | | Partial sale | 1/5 | J | A | |
| 220. - | | | | | Partial sale | 1/16 | J | A | |
| 221. - | | | | | Partial buy | 9/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - | | | | | Partial sale | 11/7 | J | A | |
| 223. - Hartford Financial Services Group Inc. - common stock | | | | | Final sale | 4/18 | J | A | |
| 224. - H. J. Heinz Co. - common stock | | | | | Final sale | 2/7 | J | | |
| 225. - Hewlett Packard Co. - common stock | | | | | Partial buy | 11/7 | J | | |
| 226. - | | | | | Partial sale | 11/20 | J | A | |
| 227. - Honeywell International Inc. - common stock | | | | | Final sale | 9/8 | J | A | |
| 228. - Hoya Corp. ADR - common stock | | | | | | | | | |
| 229. - Imperial Tobacco Group PLC ADR - common stock | | | | | | | | | |
| 230. - Johnson & Johnson - common stock | | | | | Partial buy | 11/7 | J | | |
| 231. - Medimmune Inc. - common stock | | | | | | | | | |
| 232. - Mitsubishi UFJ Financial Group Inc. - common stock | | | | | | | | | |
| 233. - Raytheon Company - common stock | | | | | | | | | |
| 234. - Salesforce.com Inc. - common stock | | | | | Final sale | 11/7 | J | A | |
| 235. - Southern Company - common stock | | | | | | | | | |
| 236. - Sprint Nextel Corp. - common stock | | | | | | | | | |
| 237. - Embarq Corp. - common stock | | | | | Spin-off | 5/23 | J | | See note in Part VIII |
| 238. - | | | | | Final sale | 6/21 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - SRA International Inc. - common stock | | | | | Partial buy | 1/26 | J | | |
| 240.  - Stericycle Inc. - common stock | | | | | | | | | |
| 241.  - TNT N V ADR - common stock | | | | | Partial buy | 9/21 | J | | |
| 242.  - Tribune Co. - common stock | | | | | Partial buy | 3/14 | J | | |
| 243.  - | | | | | Final sale | 12/29 | J | A | |
| 244.  - UBCH Holdings Inc. - common stock | | | | | Partial buy | 1/31 | J | | |
| 245.  - Universal Compression Holdings - common stock | | | | | Partial sale | 11/20 | J | A | |
| 246.  - Varian Medical Systems Inc. - common stock | | | | | Partial sale | 11/7 | J | A | |
| 247.  - | | | | | Final sale | 11/8 | J | A | |
| 248.  - Vivendi Universal ADR - common stock | | | | | Final sale | 5/9 | J | A | |
| 249.  - XL Capital Ltd. - common stock | | | | | | | | | |
| 250.  - Zurich Finanial Services ADR - common stock | | | | | | | | | |
| 251.  - Abbott Laboratories - common stock | | | | | New buy | 11/7 | J | | |
| 252.  - Adidas AG ADR - common stock | | | | | New buy | 11/7 | J | | |
| 253.  - Allstate Corp. - common stock | | | | | New buy | 11/7 | J | | |
| 254.  - Ameren Corp. - common stock | | | | | New buy | 11/3 | J | | |
| 255.  - AMR Corp.- common stock | | | | | New buy | 11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - American Express - common stock | | | | | New buy | 11/7 | J | | |
| 257. - American Tower Corp. - common stock | | | | | New buy | 11/16 | J | | |
| 258. - Apple Computer Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 259. - BAE Systems PLC ADR - common stock | | | | | New buy | 12/28 | J | | |
| 260. - Becton Dickinson & Co. - common stock | | | | | New buy | 11/16 | J | | |
| 261. - Boston Scientific Corp. - common stock | | | | | New buy | 2/14 | J | | |
| 262. - | | | | | Partial buy | 4/11 | J | | |
| 263. - Bristol Myers Squibb Co. - common stock | | | | | New buy | 12/21 | J | | |
| 264. - Cardinal Health Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 265. - Chesapeake Energy Corp. - common stock | | | | | New buy | 11/7 | J | | |
| 266. - | | | | | Partial buy | 12/8 | J | | |
| 267. - Church & Dwight Co. Inc. - common stock | | | | | New buy | 2/27 | J | | |
| 268. - Coca-Cola Co. - common stock | | | | | New buy | 6/8 | J | | |
| 269. - Coca Cola Enterprises - common stock | | | | | New buy | 9/19 | J | | |
| 270. - Cooper Inc. Ltd. - common stock | | | | | New buy | 11/7 | J | | |
| 271. - CRH PLC ADR - common stock | | | | | New buy | 10/30 | J | | |
| 272. - | | | | | Partial buy | 12/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Cognizant Tech Solutions - common stock | | | | | New buy | 11/7 | J | | |
| 274. - Countrywide Financial Corp. - common stock | | | | | New buy | 1/5 | J | | |
| 275. - | | | | | Partial buy | 2/6 | J | | |
| 276. - | | | | | Final sale | 11/7 | J | A | |
| 277. - DaimlerChrysler AG-EUR - common stock | | | | | New buy | 12/20 | J | | |
| 278. - Devon Energy Corp. - common stock | | | | | New buy | 12/29 | J | | |
| 279. - Eaton Vance Tax Mgd Div. Eqty. Inc. Fund - Closed-end fund | | | | | New buy | 11/27 | L | | |
| 280. - Ericsson L M Tel Co. - ADR - common stock | | | | | New buy | 3/23 | J | | |
| 281. - Expeditors Int'l. of Wash. Inc. - common stock | | | | | New buy | 3/30 | J | | |
| 282. - | | | | | Partial buy | 3/31 | J | | |
| 283. - | | | | | Partial sale | 11/7 | J | A | |
| 284. - | | | | | Final sale | 11/8 | J | A | |
| 285. - Federal Home Loan Mtg. Corp. - common stock | | | | | New buy | 11/10 | J | | |
| 286. - | | | | | Partial buy | 11/13 | J | | |
| 287. - | | | | | Partial buy | 11/17 | J | | |
| 288. - Federal National Mtg. Assn. - common stock | | | | | New buy | 3/6 | J | | |
| 289. - | | | | | Partial buy | 11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Gallaher Group PLC ADR - common stock | | | | | New buy | 5/11 | J | | |
| 291. - | | | | | Partial buy | 5/15 | J | | |
| 292. - | | | | | Partial sale | 12/14 | J | A | |
| 293. - Genzyme Corp. - common stock | | | | | New buy | 5/1 | J | | |
| 294. - | | | | | Partial buy | 5/2 | J | | |
| 295. - | | | | | Final sale | 11/7 | J | A | |
| 296. - Getty Images Inc. - common stock | | | | | New buy | 3/24 | J | | |
| 297. - | | | | | Partial buy | 3/27 | J | | |
| 298. - | | | | | Partial sale | 9/14 | J | | |
| 299. - | | | | | Final sale | 9/15 | J | | |
| 300. - Gilead Sciences Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 301. - Goldcorp Inc. - common stock | | | | | New buy | 12/20 | J | | |
| 302. - Grant Prideco Inc. - common stock | | | | | New buy | 11/7 | | | |
| 303. - | | | | | Final sale | 11/30 | J | A | |
| 304. - Harman Int'l. Inds. Inc. - common stock | | | | | New buy | 11/8 | J | | |
| 305. - | | | | | Partial sale | 11/30 | J | A | |
| 306. - Hertz Global Hldgs. Inc. - common stock | | | | | New buy | 11/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Lehman Brothers Holdings Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 308. - Lloyds TSB Group PLC ADR - common stock | | | | | New buy | 6/8 | J | | |
| 309. - | | | | | Partial buy | 12/20 | J | | |
| 310. - Marriott Int'l. Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 311. - | | | | | Partial buy | 11/8 | J | | |
| 312. - Marvell Technology Group - common stock | | | | | New buy | 11/7 | J | | |
| 313. - Medco Health Solutions Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 314. - MEMC Electronic Materials Inc. - common stock | | | | | New buy | 11/16 | J | | |
| 315. - | | | | | Partial sale | 12/28 | J | A | |
| 316. - Mine Safety Appliances Co. - common stock | | | | | New buy | 7/13 | J | | |
| 317. - | | | | | Partial buy | 7/28 | J | | |
| 318. - Mitsui Sumitomo Insurance - common stock | | | | | New buy | 3/15 | J | | |
| 319. - | | | | | Partial buy | 4/20 | J | | |
| 320. - News Corp. - common stock | | | | | New buy | 12/14 | J | | |
| 321. - | | | | | Partial buy | 12/15 | J | | |
| 322. - NII Holdings Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 323. - | | | | | Partial buy | 11/8 | J | | |

| I. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Nissan Motor Ltd. ADR - common stock | | | | | New buy | 2/17 | J | | |
| 325. - | | | | | Partial buy | 4/20 | J | | |
| 326. - P G & E Corporation - common stock | | | | | New buy | 2/28 | J | | |
| 327. - PPL Corp. - common stock | | | | | New buy | 12/21 | J | | |
| 328. - | | | | | Partial buy | 12/28 | J | | |
| 329. - Pacer International Inc. - common stock | | | | | New buy | 1/25 | J | | |
| 330. - | | | | | Partial buy | 2/2 | J | | |
| 331. - | | | | | Partial buy | 2/13 | J | | |
| 332. - | | | | | Partial buy | 3/20 | J | | |
| 333. - | | | | | Partial buy | 6/14 | J | | |
| 334. - Pediatrix Medical Group Inc. - common stock | | | | | New buy | 6/15 | J | | |
| 335. - | | | | | Partial buy | 7/3 | J | | |
| 336. - Philadelphia Consolidated Hldg. Corp. - common stock | | | | | New buy | 7/26 | J | | |
| 337. - | | | | | Partial buy | 8/25 | J | | |
| 338. - | | | | | Partial sale | 11/20 | J | A | |
| 339. - Pulte Homes Inc. - common stock | | | | | New buy | 8/1 | J | | |
| 340. - | | | | | Final sale | 11/7 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Singapore Telecommunication ADR - common stock | | | | | New buy | 11/22 | J | | |
| 342. - | | | | | Partial buy | 12/15 | J | | |
| 343. - SLM Corp. - common stock | | | | | New buy | 3/26 | J | | |
| 344. - | | | | | Final sale | 11/7 | J | | |
| 345. - Suez SA ADR - common stock | | | | | New buy | 7/24 | J | | |
| 346. | | | | | Partial buy | 9/19 | J | | |
| 347. - Sun Microsystems Inc. - common stock | | | | | New buy | 1/23 | J | | |
| 348. - | | | | | Partial buy | 1/24 | J | | |
| 349. - Sumitomo Mitsui Finl. Group Inc. ADR - common stock | | | | | New buy | 1/23 | J | | |
| 350. - Teva Pharmaceutical Inds. Ltd. ADR - common stock | | | | | New buy | 6/22 | J | | |
| 351. - Texas Instruments Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 352. - Textron Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 353. - Transocean Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 354. - | | | | | Partial buy | 11/30 | J | | |
| 355. - Unitedhealth Group Inc. - common stsock | | | | | New buy | 11/7 | J | | |
| 356. - | | | | | Final sale | 11/30 | J | | |
| 357. - Washington Mutual - common stock | | | | | New buy | 7/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - | | | | | Partial buy | 7/25 | J | | |
| 359. - | | | | | Final sale | 11/10 | J | | |
| 360. - Wellpoint Inc. - common stock | | | | | New buy | 9/11 | J | | |
| 361. - | | | | | Partial buy | 11/7 | J | | |
| 362. - Williams Cos. Inc. - common stock | | | | | New buy | 11/7 | J | | |
| 363. - World Fuel Services Corp. - common stock | | | | | New buy | 11/21 | J | | |
| 364. - Zimmer Holdings Inc. - common stock | | | | | New buy | 8/21 | J | | |
| 365. - | | | | | Partial buy | 8/22 | J | | |
| 366. - | | | | | Final sale | 11/7 | J | A | |
| 367. - COCA COLA ENTERPRISES - Corp. Bond | | | | | Final sale | 8/15 | J | | |
| 368. - GENERAL ELECTRIC - Corp. Bond | | | | | | | | | |
| 369. - GOLDMAN SACHS GROUP - Corp. Bond | | | | | | | | | |
| 370. - IBM - Corp. Bond | | | | | | | | | |
| 371. - INTERNATIONAL LEASE FINANCE CORP. - Corp. Bond | | | | | Final sale | 10/16 | J | | |
| 372. - TARGET CORP. - Corp. Bond | | | | | Final sale | 5/15 | J | | |
| 373. - WAL-MART STORES INC. - Corp. Bond | | | | | Final sale | 8/1 | J | | |
| 374. - FED. NAT'L MTG ASSN GLOBAL -Gov. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Bond (#2) | | | | | | | | | |
| 375. - BANK ONE CORP. - Corp. Bond | | | | | | | | | |
| 376. - COUNTRYWIDE HOME LOAN - Corp. Bond | | | | | | | | | |
| 377. - FED HOME LOAN MTG - Gov. Bond | | | | | | | | | |
| 378. - U.S. TREASURY NTES-SER D 2008 - Gov. Bond (#4) | | | | | Partial sale | 5/31 | J | | |
| 379. - | | | | | Partial sale | 6/8 | J | | |
| 380. - BANK OF AMERICA CORP. GLOBAL - Corp. Bond | | | | | | | | | |
| 381. - CITIGROUP INC. GLOBAL NOTES - Corp. Bond | | | | | | | | | |
| 382. - HOME DEPOT INC. GLOBAL NOTES - Corp. Bond | | | | | Final sale | 12/1 | J | | |
| 383. - U.S. TREASURY NOTES-SER C 2011 - Gov. Bond | | | | | | | | | |
| 384. - U.S. TREASURY NOTES-SER B 2012 - Gov. Bond | | | | | Partial sale | 1/31 | K | | |
| 385. - U.S. TREASURY NOTES-SER E 2014 - Gov. Bond | | | | | Partial sale | 9/26 | J | | |
| 386. - U.S. TREASURY NOTES-SER E 2010 - Gov. Bond | | | | | | | | | |
| 387. - CISCO SYSTEMS INC. - Corp. Bond (new) | | | | | New buy | 12/7 | K | | |
| 388. - COCA COLA ENTERPRISES - Corp. Bond (new) | | | | | New buy | 8/15 | K | | |
| 389. - INT'L LEASE FINANCE CORP. - Corp. Bond (new) | | | | | New buy | 10/18 | J | | |
| 390. - TARGET CORP. GLOBAL NOTES - | | | | | New buy | 5/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Corp. Bond (new) | | | | | | | | | |
| 391. - WAL-MART STORES - SR NOTES -Corp. Bond (new) | | | | | New buy | 8/1 | J | | |
| 392. - FED HOME LOAN MTG CORP GLOBAL NOTES (new) | | | | | New buy | 1/31 | K | | |
| 393. - FED NAT'L MTG ASSN GLOBAL NOTES (new) | | | | | New buy | 5/31 | K | | |
| 394. - U.S. TREASURY NOTES-SER B 2016 -Gov Bond (new) | | | | | New buy | 6/8 | J | | |
| 395. - | | | | | Partial sale | 9/26 | J | | |
| 396. - U.S. TREASURY NOTES-SER E-2011 Gov. bond (new | | | | | New buy | 9/26 | K | | |
| 397. Wells Fargo Bank - Account | | None | K | T | | | | | |
| 398. Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | | | | | |
| 399. Trust I | A | Dividend | K | T | | | | | |
| 400. - Berkshire Hathaway Inc. - Class B stock | | | | | | | | | |
| 401. - Cash equivalent - The Seidler Companies | | | | | | | | | |
| 402. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 403. - Cash equivalent - Smith Barney | C | Int. & Div. | L | T | | | | | |
| 404. - Ameren Corp. - common stock | A | Dividend | J | T | | | | | |
| 405. - American International Group - common stock | A | Dividend | J | T | Partial buy | 8/2 | J | | |
| 406. - Amgen Inc. - common stock | | None | | | Partial sale | 1/6 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407. - | | | | | Final sale | 2/22 | J | C | |
| 408. - Sanofi-Aventis ADR - common stock | A | Dividend | J | T | Partial buy | 4/7 | J | | |
| 409. - | | | | | Partial buy | 5/16 | J | | |
| 410. - | | | | | Partial buy | 12/21 | J | | |
| 411. - AXA S.A. ADR - common stock | A | Dividend | J | T | Partial sale | 1/23 | J | A | |
| 412. - BP PLC ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 413. - | | | | | Partial buy | 5/25 | J | | |
| 414. - | | | | | Partial sale | 11/16 | J | A | |
| 415. - Baker Hughes Inc. - common stock | A | Dividend | | | Partial sale | 6/29 | J | B | |
| 416. - | | | | | Partial sale | 12/14 | J | A | |
| 417. - | | | | | Final sale | 12/15 | J | A | |
| 418. - Ball Corp. - common stock | A | Dividend | J | T | | | | | |
| 419. - Barclays PLC ADR - common stock | A | Dividend | J | T | Partial sale | 7/13 | J | A | |
| 420. - | | | | | Partial sale | 9/11 | J | A | |
| 421. - Best Buy Inc. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 422. - | | | | | Partial sale | 2/22 | J | A | |
| 423. - | | | | | Partial sale | 3/1 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 424. - | | | | | Partial sale | 9/28 | J | A | |
| 425. - | | | | | Partial sale | 10/23 | J | A | |
| 426. - CMS Energy Corp. - common stock | | None | J | T | | | | | |
| 427. - Cadbury Schweppes PLC ADR - common stock | A | Dividend | J | T | Partial sale | 5/12 | J | A | |
| 428. - Canon Inc. ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 429. - | | | | | Partial sale | 9/11 | J | A | |
| 430. - | | | | | Partial sale | 12/20 | J | A | |
| 431. - Caremark RX Inc. - common stock | | None | | | Final sale | 2/22 | J | B | |
| 432. - Cisco Systems Inc. - common stock | | None | | | Final sale | 2/22 | J | A | |
| 433. - Citigroup Inc. - common stock | A | Dividend | J | T | Partial sale | 2/22 | J | | |
| 434. - | | | | | Partial buy | 11/20 | J | | |
| 435. - | | | | | Partial buy | 12/20 | J | | |
| 436. - Chemtura Corp. - common stock | A | Dividend | J | T | | | | | |
| 437. - Danske Bank A/S ADR - common stock | A | Dividend | | | Partial sale | 1/25 | J | B | |
| 438. - | | | | | Final sale | 11/13 | J | A | |
| 439. - Deere & Company - common stock | A | Dividend | J | T | Partial sale | 1/6 | J | A | |
| 440. - | | | | | Partial sale | 1/9 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 441. - | | | | | Partial sale | 3/24 | J | A | |
| 442. - | | | | | Partial sale | 11/17 | J | A | |
| 443. - | | | | | Partial sale | 11/21 | J | A | |
| 444. - Diageo PLC ADR - common stock | A | Dividend | J | T | Partial buy | 2/10 | J | | |
| 445. - | | | | | Partial sale | 9/11 | J | A | |
| 446. - Eastman Chemical Company - common stock | A | Dividend | J | T | | | | | |
| 447. - Eaton Corp. - common stock | A | Dividend | J | T | Partial sale | 10/5 | J | A | |
| 448. - EMC Corp. - common stock | | None | | | Final sale | 1/12 | J | A | |
| 449. - Emerson Electric Corp. - common stock | A | Dividend | J | T | Partial sale | 2/22 | J | B | |
| 450. - ENI S.P.A ADR - common stock | A | Dividend | J | T | Partial sale | 9/11 | J | B | |
| 451. - EOG Resources Inc. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 452. - Everest Reinsurance Group - common stock | A | Dividend | J | T | | | | | |
| 453. - Exxon Mobil Corp. - common stock | A | Dividend | J | T | Partial sale | 2/22 | J | A | |
| 454. - Fiserv Inc. - common stock | | None | | | Partial sale | 2/1 | J | A | |
| 455. - | | | | | Final sale | 2/22 | J | A | |
| 456. - Bank of America - common stock | A | Dividend | J | T | Partial sale | 9/13 | J | A | |
| 457. - General Electric Inc. - common stock | A | Dividend | K | T | Partial sale | 2/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 458. - | | | | | Partial buy | 4/17 | J | | |
| 459. - | | | | | Partial buy | 12/20 | J | | |
| 460. - Genuine Parts Co. - common stock | A | Dividend | J | T | | | | | |
| 461. - Glaxosmithkline PLC ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 462. - | | | | | Partial sale | 3/21 | J | A | |
| 463. - W. W. Grainger Inc. - common stock | A | Dividend | J | T | | | | | |
| 464. - HSBC Holdings PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 465. - Healthcare Realty Trust Inc. - common stock | | None | | | Final sale | 1/31 | J | A | |
| 466. - Heineken NV ADR - common stock | A | Dividend | J | T | Partial sale | 9/11 | J | A | |
| 467. - | | | | | Partial sale | 12/21 | J | A | |
| 468. - Home Depot Inc. - common stock | | None | | | Partial sale | 1/6 | J | | |
| 469. - | | | | | Final sale | 2/22 | J | A | |
| 470. - Hubbell Inc. - common stock | A | Dividend | J | T | | | | | |
| 471. - Illinois Tool Works Inc. - common stock | A | Dividend | | | Final sale | 2/22 | J | A | |
| 472. - Intel Corp. - common stock | A | Dividend | | | Final sale | 2/22 | J | | |
| 473. - International Paper Co. - common stock | A | Dividend | J | T | | | | | |
| 474. - JP Morgan Chase & Co. - common stock | A | Dividend | J | T | Partial sale | 6/29 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 475. - | | | | | Partial buy | 9/13 | J | | |
| 476. - KAO Corp. ADR - common stock | A | Dividend | | | Partial sale | 1/25 | J | A | |
| 477. - | | | | | Final sale | 5/16 | J | A | |
| 478. - Medtronic Inc. - common stock | A | Dividend | | | Final sale | 2/22 | J | A | |
| 479. - Merck & Company - common stock | A | Dividend | J | T | Partial sale | 1/24 | J | | |
| 480. - | | | | | Partial buy | 2/22 | J | | |
| 481. - | | | | | Partial buy | 3/23 | J | | |
| 482. - Microsoft Corp. - common stock | A | Dividend | | | Partial sale | 2/22 | J | | |
| 483. - | | | | | Final sale | 5/10 | J | | |
| 484. - Mylan Laboratories Inc. - common stock | A | Dividend | J | T | | | | | |
| 485. - Nestle S.A. ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 486. - | | | | | Partial sale | 9/11 | J | A | |
| 487. - Newell Rubbermaid Inc. - common stock | A | Dividend | J | T | | | | | |
| 488. - Nokia Corp. ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 489. - | | | | | Partial sale | 12/20 | J | A | |
| 490. - Northeast Utilities - common stock | A | Dividend | J | T | Partial sale | 11/1 | J | A | |
| 491. - Novartis AG ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 492. - | | | | | Partial buy | 2/6 | J | | |
| 493. - | | | | | Partial sale | 2/22 | J | A | |
| 494. - | | | | | Partial buy | 7/11 | J | | |
| 495. - Pactiv Corp. - common stock | | None | J | T | | | | | |
| 496. - PartnerRe Ltd. - BMD - common stock | A | Dividend | J | T | | | | | |
| 497. - Pepsico Inc. - common stock | A | Dividend | J | T | Partial sale | 2/22 | J | A | |
| 498. - Pfizer Inc. - common stock | A | Dividend | J | T | Partial buy | 5/17 | J | | |
| 499. - | | | | | Partial sale | 11/13 | J | | |
| 500. - Potash Corp. of Saskatchewan Inc.- common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 501. - | | | | | Partial sale | 1/30 | J | A | |
| 502. - | | | | | Partial sale | 3/29 | J | A | |
| 503. - | | | | | Partial sale | 4/19 | J | A | |
| 504. - | | | | | Partial sale | 9/8 | J | A | |
| 505. - Royal Dutch Shell PLC - common stock | A | Dividend | J | T | Partial sale | 9/11 | J | A | |
| 506. A T & T - common stock | A | Dividend | J | T | Partial buy | 3/16 | J | | |
| 507. - | | | | | Partial sale | 5/25 | J | | |
| 508. - San Paolo IMI SpA ADR - common stock | A | Dividend | J | T | Partial sale | 9/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 509. - Schering Plough Corp. - common stock | A | Dividend | J | T | Partial sale | 1/6 | J | | |
| 510. - Schlumberger Ltd. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 511. - | | | | | Partial sale | 2/28 | J | A | |
| 512. - | | | | | Partial sale | 5/25 | J | A | |
| 513. - | | | | | Partial sale | 7/21 | J | A | |
| 514. - | | | | | Partial sale | 7/24 | J | A | |
| 515. - | | | | | Partial buy | 11/16 | J | | |
| 516. - Siemens AG ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 517. - | | | | | Partial sale | 7/11 | J | A | |
| 518. - Snap-On Inc. - common stock | A | Dividend | J | T | | | | | |
| 519. - Societe Generale ADR - common stock | A | Dividend | J | T | Partial sale | 1/23 | J | A | |
| 520. - | | | | | Partial sale | 9/11 | J | A | |
| 521. - Southwest Gas Corp. - common stock | A | Dividend | J | T | | | | | |
| 522. - Staples Inc. - common stock | | None | | | Final sale | 2/22 | J | A | |
| 523. - State Street Corp. - common stock | A | Dividend | | | Partial buy | 2/22 | J | | |
| 524. - | | | | | Final sale | 7/19 | J | | |
| 525. - Sybase Inc. - common stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526. - Target Corp. - common stock | A | Dividend | | | Partial sale | 1/6 | J | A | |
| 527. - | | | | | Final sale | 2/22 | J | A | |
| 528. - Timkin Co. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 529. - Tommy Hilfiger - common stock | | None | | | Final sale | 4/3 | J | A | |
| 530. - Total S.A. ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 531. - Arkema ADR - common stock | | None | | | Spin-off | 5/26 | J | | See note in Part VIII |
| 532. - | | | | | Final sale | 6/5 | J | A | |
| 533. - UBS AG-CHF - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 534. - | | | | | Partial sale | 2/1 | J | A | |
| 535. - Unilever PLC ADR - common stock | A | Dividend | J | T | Partial sale | 3/13 | J | A | |
| 536. - Union Pacific Corp. - common stock | A | Dividend | J | T | Partial sale | 3/31 | J | A | |
| 537. - United Parcel Service - common stock | A | Dividend | | | Final sale | 2/22 | J | | |
| 538. - Verizon Communications - common stock | A | Dividend | J | T | Partial sale | 10/5 | J | A | |
| 539. - | | | | | Partial sale | 10/19 | J | A | |
| 540. - Idearc Inc. - common stock | | None | J | T | Spin-off | 11/24 | J | | See note in Part VIII |
| 541. - Viacom Inc. - common stock | A | Dividend | | | Final sale | 3/23 | J | | |
| 542. - CBS Corporation - common stock | A | Dividend | | | Spin-off | 1/4 | J | | See note in Part |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | VIII |
| 543. - | | | | | Final sale | 3/23 | J | | |
| 544. - Wachovia Corp. - common stock | A | Dividend | | | Final sale | 4/13 | J | A | |
| 545. - Wal-Mart Stores Inc. - common stock | A | Dividend | J | T | Partial sale | 2/22 | J | | |
| 546. - | | | | | Partial buy | 4/17 | J | | |
| 547. - | | | | | Partial buy | 9/6 | J | | |
| 548. - Walgreen Co. - common stock | A | Dividend | | | Partial sale | 2/22 | J | A | |
| 549. - | | | | | Final sale | 5/12 | J | A | |
| 550. - Waste Management Inc. - common stock | A | Dividend | J | T | | | | | |
| 551. - Wells Fargo & Co. - common stock | A | Dividend | | | Final sale | 2/22 | J | A | |
| 552. - Wyeth - common stock | A | Dividend | J | T | Partial buy | 10/23 | J | | |
| 553. - | | | | | Partial buy | 12/15 | J | | |
| 554. - | | | | | Partial buy | 12/28 | J | | |
| 555. - XL Capital Ltd. - common stock | A | Dividend | J | T | | | | | |
| 556. - CALIF ST (DOT) FED HWY GRANT - Muni. Bond | B | Interest | | | Final sale | 4/28 | K | | |
| 557. - FOOTHILL/EASTERN TRANSN CORRDR - Muni Bond ██████ | B | Interest | K | T | | | | | |
| 558. - MET WTR DIST SO. CALIF WTRWKS - | B | Interest | | | Final sale | 11/9 | K | | |

1. Income Gain Codes:
(See Columns B1 and D4)

2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

E =$15,001 - $50,000

P4 =More than $50,000,000
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Muni. Bond | | | | | | | | | |
| 559. - RIVERSIDE CA ELEC REV - Muni. Bond | B | Interest | K | T | | | | | |
| 560. - SAN JOSE CA REDEV AGY TAX ALLC - Muni. Bond | B | Interest | K | T | | | | | |
| 561. - CALIF. ST. DEPT WAT RES WATER REV - Muni Bond | B | Interest | K | T | | | | | |
| 562. - LOS ANGELES CNTY CALIF MTA SALES - Muni Bond | B | Interest | K | T | Partial buy | 2/2 | J | | |
| 563. - LOS GATOS CALIF JT UN HIGH SCH - Muni Bond | B | Interest | K | T | | | | | |
| 564. - MT SAN ANTONIO CALIF CMNTY COL - Muni Bond | B | Interest | K | T | | | | | |
| 565. - SACRAMENTO CALIF. PWR AUTH COGEN - Muni Bond | B | Interest | | | Final sale | 10/12 | K | | |
| 566. - CAL ST G/O BOOK - Muni Bond (new) | | None | K | T | New buy | 10/16 | K | | |
| 567. - FREMONT CALIF UN HIGH SCHOOL (new) - Muni bond | A | Interest | K | T | New buy | 5/1 | K | | |
| 568. - LOS ANGELES CALIF DEPT WTR (new) Muni bond - | A | Interest | K | T | New buy | 2/3 | K | | |
| 569. - | | | | | Partial buy | 12/8 | J | | |
| 570. - OAKLAND CALIF UNI SCH DIST (new) Muni bond | | None | K | T | New buy | 11/14 | J | | |
| 571. - Allied Irish Banks ADR - common stock | A | Dividend | J | T | Partial sale | 9/11 | J | A | |
| 572. - Bank of New York - common stock | A | Dividend | J | T | | | | | |
| 573. - Bausch & Lomb, Inc. - common stock | A | Dividend | J | T | | | | | |
| 574. - CNH Global N.V. - common stock | | None | | | Final sale | 1/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 575. - Comcast Corp. - common stock | | None | J | T | | | | | |
| 576. - Cummins Inc. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 577. - | | | | | Partial sale | 4/10 | J | A | |
| 578. - | | | | | Partial sale | 8/31 | J | A | |
| 579. - Dana Corp. - common stock | | None | | | Final sale | 3/2 | J | | |
| 580. - E. I. Du Pont de Nemours & Co. - common stock | | None | | | Final sale | 2/9 | J | | |
| 581. - Foot Locker Inc. - common stock | A | Dividend | J | T | Partial sale | 6/14 | J | A | |
| 582. - Procter & Gamble - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 583. - | | | | | Partial sale | 9/12 | J | A | |
| 584. - Halliburton Co. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 585. - | | | | | Partial sale | 3/3 | J | A | |
| 586. - | | | | | Partial sale | 7/5 | J | A | |
| 587. - Host Hotels & Resorts Inc. - common stock (name change) | A | Dividend | J | T | Partial sale | 1/25 | J | A | See note in Part VIII |
| 588. - | | | | | Partial sale | 7/18 | J | A | |
| 589. - | | | | | Partial sale | 9/12 | J | A | |
| 590. - | | | | | Partial sale | 11/30 | J | A | |
| 591. - Meadwestvaco Corp. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 592. - Monsanto Company - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 593. - | | | | | Partial sale | 1/26 | J | A | |
| 594. - | | | | | Partial sale | 1/27 | J | A | |
| 595. - | | | | | Partial buy | 2/22 | J | | |
| 596. - | | | | | Partial sale | 3/6 | J | A | |
| 597. - | | | | | Partial sale | 8/2 | J | A | |
| 598. - Motorola Inc. - common stock | A | Dividend | | | Partial sale | 1/5 | J | A | |
| 599. - | | | | | Partial sale | 5/3 | J | A | |
| 600. - | | | | | Partial sale | 7/26 | J | A | |
| 601. - | | | | | Partial buy | 9/7 | J | | |
| 602. - | | | | | Partial buy | 9/13 | J | | |
| 603. | | | | | Partial sale | 10/23 | J | A | |
| 604. - | | | | | Final sale | 12/15 | J | | |
| 605. - Newmont Mining Corp. - common stock | A | Dividend | J | T | | | | | |
| 606. - Nike Inc. - common stock | A | Dividend | | | Partial sale | 4/18 | J | A | |
| 607. - | | | | | Final sale | 4/19 | J | A | |
| 608. - Parker-Hannifin Corp. - common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 609. - Praxair Inc. - common stock | A | Dividend | J | T | Partial sale | 2/22 | J | B | |
| 610. - Safeco Corp. - common stock | A | Dividend | J | T | Partial sale | 8/3 | J | A | |
| 611. - Sysco Corp. - common stock | A | Dividend | | | Final sale | 2/22 | J | | |
| 612. - Tesco PLC ADR - common stock | A | Dividend | J | T | Partial sale | 9/11 | J | A | |
| 613. - Abbott Laboratories - common stock | A | Dividend | | | Final sale | 2/22 | J | A | |
| 614. - Aetna Inc. - common stock | A | Dividend | J | T | | | | | |
| 615. - Aflac Inc. - common stock | A | Dividend | | | Partial sale | 2/22 | J | A | |
| 616. - | | | | | Partial buy | 2/28 | J | | |
| 617. - | | | | | Partial sale | 6/22 | J | A | |
| 618. - | | | | | Final sale | 8/2 | J | A | |
| 619. - Cadence Design Systems Inc. - common stock | | None | J | T | | | | | |
| 620. - Credit Suisse Group ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 621. - | | | | | Partial sale | 3/10 | J | A | |
| 622. - Dell Inc. - common stock | | None | | | Final sale | 2/22 | J | | |
| 623. - Genentech Inc. - common stock | | None | J | T | Partial sale | 2/22 | J | A | |
| 624. - Globalsantafe Corp. - common stock | A | Dividend | J | T | Partial sale | 1/20 | J | A | |
| 625. - Interpublic Group of Cos. Inc. - common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| stock | | | | | | | | | |
| 626. - Kraft Foods - common stock | A | Dividend | J | T | | | | | |
| 627. - Maxim Integrated Prods. Inc. - common stock | A | Dividend | | | Final sale | 2/22 | J | | |
| 628. - Nisource Inc. - common stock | A | Dividend | J | T | | | | | |
| 629. - Progress Energy Inc. - common stock | A | Dividend | J | T | | | | | |
| 630. - Swiss Reinsurance ADR - common stock | A | Dividend | J | T | Partial sale | 11/15 | J | A | |
| 631. - Teva Pharmaceutical Inds. Ltd. ADR - common stock | A | Dividend | J | T | Partial sale | 2/22 | J | B | |
| 632. - | | | | | Partial sale | 6/22 | J | A | |
| 633. - Vodafone Group PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 634. - Alexandria Real Estate Equities - common stock | A | Dividend | J | T | | | | | |
| 635. - American Financial Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 636. - American Greetings Corp. - common stock | A | Dividend | J | T | | | | | |
| 637. - Apache Corp. - common stock | A | Dividend | | | Final sale | 2/22 | J | B | |
| 638. - Archstone Smith Trust - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 639. - Avalonbay Comntys Inc. - common stock | A | Dividend | J | T | | | | | |
| 640. - Avaya Inc. - common stock | | None | J | T | | | | | |
| 641. - Baxter Intematinal Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 642.   - Boston Properties Inc. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 643.   - | | | | | Partial sale | 3/29 | J | A | |
| 644. | | | | | Partial sale | 9/12 | J | A | |
| 645.   - Brandywine Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 646.   - BRE Pptys Inc. - common stock | A | Dividend | J | T | | | | | |
| 647.   - Brookfield Properties Corp. - common stock | A | Dividend | J | T | | | | | |
| 648.   - CAI Multi-Strategy Series M - hedge fund | | None | L | T | | | | | |
| 649.   - Carramerica Realty Corp. - common stock | A | Dividend | | | Final sale | 6/14 | J | A | |
| 650.   - Centerpoint Pptys Trust - common stock | A | Dividend | | | Final sale | 3/8 | J | A | |
| 651.   - Centurytel Inc. - common stock | A | Dividend | J | T | | | | | |
| 652.   - Citigroup Diversified Futures - Managed futures fund | A | Interest | L | T | | | | | |
| 653.   - Clorox Company - common stock | A | Dividend | J | T | | | | | |
| 654.   - Conseco Inc. - common stock | | None | J | T | | | | | |
| 655.   - CVS Corp. - common stock | A | Dividend | | | Partial sale | 1/6 | J | A | |
| 656.   - | | | | | Partial sale | 5/19 | J | A | |
| 657.   - | | | | | Final sale | 5/23 | J | A | |
| 658.   - Dean Foods Co. - common stock | | None | | | Final sale | 2/3 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 659. - Developers Diversified Realty CP Corp. - common stock | A | Dividend | J | T | | | | | |
| 660. - Equity Residential - common stock | A | Dividend | J | T | | | | | |
| 661. - Essex Property Trust Inc. - common stock | A | Dividend | J | T | | | | | |
| 662. - Extra Space Storage Inc. - common stock | A | Dividend | J | T | | | | | |
| 663. - Federal Realty Invt TR SBI - common stock | A | Dividend | J | T | | | | | |
| 664. - Federated Dept. Stores - common stock | A | Dividend | J | T | Partial sale | 10/30 | J | A | |
| 665. - General Growth Properties - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 666. - | | | | | Partial sale | 5/9 | J | A | |
| 667. - Hilton Hotels Inc. - common stock | A | Dividend | J | T | | | | | |
| 668. - Kimberly-Clark Corp. - common stock | A | Dividend | J | T | | | | | |
| 669. - King Pharmaceuticals - common stock | | None | J | T | | | | | |
| 670. - Kroger Co. - common stock | A | Dividend | J | T | | | | | |
| 671. - LaSalle Hotel Pptys. SBI - common stock | A | Dividend | | | Final sale | 8/16 | J | A | |
| 672. - Macherich Company - common stock | A | Dividend | J | T | | | | | |
| 673. - McAfee Inc. - common stock | | None | J | T | | | | | |
| 674. - McGraw Hill Cos. Inc. - common stock | A | Dividend | | | Partial sale | 1/25 | J | A | |
| 675. - | | | | | Final sale | 2/22 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 676. - Mills Corp. - common stock | | None | | | Final sale | 1/6 | J | | |
| 677. - Mosaic Company - common stock | | None | J | T | | | | | |
| 678. - Nomura Holdings Inc. ADR - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 679. - Officemax Inc. - common stock | A | Dividend | J | T | Partial buy | 3/9 | J | | |
| 680. - | | | | | Partial sale | 5/8 | J | A | |
| 681. - PMI Group Inc. - common stock | A | Dividend | | | Final sale | 10/9 | J | A | |
| 682. - Prologis SBI - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 683. - | | | | | Partial sale | 9/12 | J | A | |
| 684. - Public Storage Inc. - common stock | A | Dividend | J | T | | | | | |
| 685. - Regency Centers Corp. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 686. - R. H. Donnelley Corp. - common stock | | None | J | T | | | | | |
| 687. - R. R. Donnelley & Sons Co. - common stock | A | Dividend | J | T | | | | | |
| 688. - Schering A G ADR - common stock | | None | | | Final sale | 4/13 | J | B | |
| 689. - Simon Ppty. Group Inc. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 690. - SL Green Realty Corp. - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 691. - Starwood Hotels & Resorts Worldwide - common stock | A | Dividend | J | T | | | | | |
| 692. - Trizec Properties Inc. - common stock | A | Dividend | | | Partial sale | 8/4 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 693. - | | | | | Partial sale | 8/9 | J | A | |
| 694. - | | | | | Final sale | 8/25 | J | A | |
| 695. - United Dominion Realty Trust - common stock | A | Dividend | J | T | | | | | |
| 696. - Ventas Inc. - common stock | A | Dividend | J | T | | | | | |
| 697. - Vornado Realty TR SBI - common stock | A | Dividend | J | T | Partial sale | 1/25 | J | A | |
| 698. - | | | | | Partial sale | 9/12 | J | A | |
| 699. - | | | | | Partial sale | 9/20 | J | A | |
| 700. - Adidas AG ADR - common stock | | None | J | T | New buy | 11/7 | J | | |
| 701. - AMB Property Corp. - common stock | A | Dividend | J | T | | | | | |
| 702. - American Century CA - High Yield Municipal Fund | B | Dividend | L | T | | | | | |
| 703. - Arden Realty Inc. - common stock | A | Dividend | | | Final sale | 1/6 | J | A | |
| 704. - Automatic Data Processing - common stock | A | Dividend | J | T | | | | | |
| 705. - B J Services - common stock | A | Dividend | | | Final sale | 2/22 | J | | |
| 706. - Barrick Gold Corp. CAD - common stock | A | Dividend | J | T | | | | | |
| 707. - Bellsouth Corp. - common stock | A | Dividend | J | T | Partial sale | 12/5 | J | A | |
| 708. - Bowater Inc. - common stock | A | Dividend | J | T | | | | | |
| 709. - Brinker International Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 710. - Campbell Soup Company - common stock | A | Dividend | J | T | | | | | |
| 711. - Camden Property Trust SBI - common stock | A | Dividend | J | T | Partial sale | 9/12 | J | A | |
| 712. - CBL & Assoc. PPTYS Inc. - common stock | A | Dividend | J | T | | | | | |
| 713. - Colonial PPTYS Trust SBI - common stock | A | Dividend | J | T | | | | | |
| 714. - Douglas Emmett Inc. - common stock | | None | J | T | New buy | 11/6 | J | | |
| 715. - EBay - common stock | | None | J | T | Partial sale | 7/17 | J | | |
| 716. - El Paso Corporation - common stock | A | Dividend | J | T | | | | | |
| 717. - Electronic Data Sys Corp. - common stock | A | Dividend | | | Final sale | 9/13 | J | | |
| 718. - Equity Office Properties Trust - common stock | A | Dividend | J | T | | | | | |
| 719. - General Dynamics Corp. - common stock | A | Dividend | J | T | | | | | |
| 720. - General Mills Inc. - common stock | A | Dividend | | | Final sale | 11/13 | J | A | |
| 721. - Genworth Financial Inc. - common stock | A | Dividend | J | T | | | | | |
| 722. - H. J. Heinz Company - common stock | A | Dividend | | | Final sale | 2/7 | J | | |
| 723. - Hartford Financial Services - common stock | A | Dividend | | | Final sale | 4/18 | J | A | |
| 724. - Health Care REIT - common stock | A | Dividend | J | T | | | | | |
| 725. - Hewlett Packard Co. - common stock | A | Dividend | J | T | Partial sale | 11/20 | J | A | |
| 726. - Honeywell Int'l. Inc. - common stock | A | Dividend | | | Final sale | 9/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 727. - Hoya Corp. ADR - common stock | A | Dividend | J | T | | | | | |
| 728. - Imperial Tobacco Group, PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 729. - Johnson & Johnson - common stock | A | Dividend | J | T | Partial sale | 2/22 | J | | |
| 730. - Medimmune Inc. - common stock | | None | J | T | | | | | |
| 731. - Mitsubishi UFJ Financial Group Inc. ADR - common stock | A | Dividend | J | T | | | | | |
| 732. - New Plan Excel Realty TR Inc. - common stock | A | Dividend | | | Final sale | 3/9 | J | A | |
| 733. - Nuveen High Yield Municipal Bond Fund | B | Dividend | L | T | | | | | |
| 734. - Post Properties Inc. - common stock | A | Dividend | | | Final sale | 3/31 | J | A | |
| 735. - Prentiss PPTYS Trust - common stock | A | Dividend | | | Final sale | 1/5 | J | A | |
| 736. - PS Business PKS Inc. Calif. - common stock | A | Dividend | | | Final sale | 10/13 | J | A | |
| 737. - Qwest Communications International - common stock | | None | J | T | | | | | |
| 738. - Raytheon Company - common stock | A | Dividend | J | T | | | | | |
| 739. - Reckson Associates Realty Corp. - common stock | A | Dividend | | | Partial sale | 11/8 | J | A | |
| 740. - | | | | | Final sale | 11/21 | J | A | |
| 741. - Sabre Group Holdings Inc. - common stock | A | Dividend | J | T | | | | | |
| 742. - Sprint Nextel Corp. - common stock | A | Dividend | J | T | Partial sale | 6/13 | J | | |
| 743. - | | | | | Partial sale | 7/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 744. - Embarq Corporation - common stock | A | Dividend | | | Spin-off | 5/23 | J | | See note in Part VIII |
| 745. - Starbucks - common stock | | None | | | Final sale | 2/22 | J | B | |
| 746. - Tellabs Inc. - common stock | | None | J | T | | | | | |
| 747. - TNT N V ADR - common stock | A | Dividend | J | T | Partial buy | 9/21 | J | | |
| 748. - Tribune Co. - common stock | A | Dividend | | | Final sale | 12/29 | J | | |
| 749. - U-Store-it Trust - common stock | A | Dividend | | | Final sale | 5/5 | J | | |
| 750. - Vivendi Universal ADR - common stock | A | Dividend | | | Final sale | 5/9 | J | A | |
| 751. - Walt Disney - common stock | A | Dividend | J | T | Partial sale | 2/8 | J | A | |
| 752. - | | | | | Partial buy | 2/22 | J | | |
| 753. - Westwood One Inc. - common stock | A | Dividend | | | Final sale | 6/19 | J | | |
| 754. - Zimmer Holdings Inc. - common stock | | None | | | Final sale | 2/22 | J | | |
| 755. - Zurich Financial Services ADR - common stock | A | Dividend | J | T | | | | | |
| 756. - ACE Ltd. - common stock | A | Dividend | | | New buy | 2/22 | J | | |
| 757. - | | | | | Partial sale | 4/17 | J | | |
| 758. - | | | | | Final sale | 6/22 | J | | |
| 759. - ADC Telecomm Inc. - common stock | | None | J | T | New buy | 4/21 | J | | |
| 760. - Adobe Systems Inc. - common stock | | None | J | T | New buy | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 761. - | | | | | Partial sale | 7/25 | J | | |
| 762. - Advanced Mircro Devices Inc. - common stock | | None | J | T | New buy | 2/22 | J | | |
| 763. - Allied Waste Industries Inc. - common stock | | None | J | T | New buy | 5/30 | J | | |
| 764. - Amazon Com Inc. - common stock | | None | | | New buy | 2/22 | J | | |
| 765. - | | | | | Final sale | 7/27 | J | | |
| 766. - American Electric Power Co. Inc. - common stock | | None | | | New buy | 2/22 | J | | |
| 767. - | | | | | Final sale | 3/16 | J | | |
| 768. - American Express - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 769. - AMR Corporation - common stock | | None | J | T | New buy | 11/16 | J | | |
| 770. - Apple Computer Inc. - common stock | | None | J | T | New buy | 7/25 | J | | |
| 771. - Applera Corporation - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 772. - | | | | | Partial sale | 6/15 | J | A | |
| 773. - | | | | | Partial sale | 8/30 | J | A | |
| 774. - Applied Materials Inc. - common stock | A | Dividend | J | T | New buy | 5/25 | J | | |
| 775. - Apollo Group Inc. - common stock | | None | | | New buy | 2/22 | J | | |
| 776. - | | | | | Final sale | 12/20 | J | | |
| 777. - Autodesk Inc. - common stock | | None | | | New buy | 2/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 778. - | | | | | Final sale | 5/12 | J | A | |
| 779. - BAE Systems PLC ADR common stock | | None | J | T | New buy | 12/28 | J | | |
| 780. - Boston Scientific - common stock | | None | J | T | New buy | 2/14 | J | | |
| 781. - Bristol Meyers Squibb Co. - common stock | | None | J | T | New buy | 12/21 | J | | |
| 782. - Broadcom Corporation - common stock | | None | J | T | New buy | 2/22 | J | | |
| 783. - | | | | | Partial buy | 8/2 | J | | |
| 784. - | | | | | Partial sale | 11/16 | J | | |
| 785. - Carnival Corporation - common stock | | None | | | New buy | 2/22 | J | | |
| 786. - | | | | | Final sale | 5/16 | J | | |
| 787. - Chesapeake Energy Corporation - common stock | | None | J | T | New buy | 12/8 | J | | |
| 788. - Chicago Mercantile Exchange Hldgs. Inc. - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 789. - Coca Cola Company - common stock | A | Dividend | J | T | New buy | 6/8 | J | | |
| 790. - Coca Cola Enterprises Inc. - common stock | A | Dividend | J | T | New buy | 9/19 | J | | |
| 791. - | | | | | Partial buy | 12/19 | J | | |
| 792. - Commerce Bancorp - common stock | A | Dividend | | | New buy | 6/20 | J | | |
| 793. - | | | | | Partial sale | 11/16 | J | A | |
| 794. - | | | | | Final sale | 11/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 795. - Corning Inc. - common stock | | None | | | New buy | 2/22 | J | | |
| 796. - | | None | | | Final sale | 6/22 | J | | |
| 797. - Costco Wholesale Corp. - common stock | A | Dividend | | | New buy | 3/23 | J | | |
| 798. - | | | | | Final sale | 10/19 | J | | |
| 799. - CRH PLC ADR - common stock | | None | J | T | New buy | 10/30 | J | | |
| 800. - Devon Energy Corporation - common stock | | None | J | T | New buy | 12/29 | J | | |
| 801. - Diamondrock Hospitality Company - common stock | A | Dividend | J | T | New buy | 6/8 | J | | |
| 802. - Digital Realty Trust Inc. - common stock | A | Dividend | J | T | New buy | 8/9 | J | | |
| 803. - Eastman Kodak Company - common stock | | None | | | New buy | 2/22 | J | | |
| 804. - | | | | | Final sale | 4/17 | J | | |
| 805. - Eli Lilly & Company - common stock | A | Dividend | | | New buy | 5/16 | J | | |
| 806. - | | | | | Partial buy | 8/30 | J | | |
| 807. - | | | | | Final sale | 12/28 | J | | |
| 808. - Ericsson L M Tel Co ADR - common stock | A | Dividend | J | T | New buy | 3/23 | J | | |
| 809. - Federal Home Loan Mortgage Corp. - common stock | A | Dividend | J | T | New buy | 11/10 | J | | |
| 810. - | | | | | Partial buy | 11/13 | J | | |
| 811. - | | | | | Partial buy | 11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 812. - Federal Nat'l. Mortgage Assn. - common stock | A | Dividend | J | T | New buy | 3/6 | J | | |
| 813. - | | | | | Partial buy | 11/14 | J | | |
| 814. - Fluor Corporation - common stock | A | Dividend | | | New buy | 2/22 | J | | |
| 815. - | | | | | Final sale | 3/9 | J | | |
| 816. - Forest Laboratoratories Inc. - common stock | | None | | | New buy | 2/22 | J | | |
| 817. - | | | | | Final sale | 3/23 | J | | |
| 818. - FPL Group Inc. - common stock | A | Dividend | | | New buy | 2/22 | J | | |
| 819. - | | | | | Final sale | 4/17 | J | | |
| 820. - Gallaher Group PLC ADR - common stock | A | Dividend | J | T | New buy | 5/11 | J | | |
| 821. - | | | | | Partial sale | 12/14 | J | A | |
| 822. - Gilead Sciences Inc. - common stock | | None | J | T | New buy | 2/22 | J | | |
| 823. - | | | | | Partial sale | 4/25 | J | | |
| 824. - | | | | | Partial sale | 5/3 | J | | |
| 825. - | | | | | Partial buy | 10/5 | J | | |
| 826. - | | | | | Partial buy | 12/28 | J | | |
| 827. - Goldman Sachs Group Inc. - common stock | A | Dividend | J | T | New buy | 9/13 | J | | |
| 828. - Google Inc. - common stock | | None | J | T | New buy | 11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 829. - Healthcare Property Invs. Inc. - common stock | A | Dividend | J | T | New buy | 8/7 | J | | |
| 830. - JDS Uniphase Corporation - common stock | | None | J | T | New buy | 3/9 | J | | |
| 831. - | | | | | Partial buy | 5/17 | J | | |
| 832. - | | | | | Partial buy | 6/22 | J | | |
| 833. - | | | | | Partial sale | 12/20 | J | | |
| 834. - Johnson Controls Inc. - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 835. - | | | | | Partial buy | 3/1 | J | | |
| 836. - | | | | | Partial sale | 10/23 | J | A | |
| 837. - Juniper Networks Inc. - common stock | | None | J | T | New buy | 2/22 | J | | |
| 838. - | | | | | Partial buy | 4/25 | J | | |
| 839. - Kimco Realty Corporation - common stock | A | Dividend | J | T | New buy | 3/9 | J | | |
| 840. - KLA-Tencor Corporation - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 841. - | | | | | Partial sale | 9/13 | J | | |
| 842. - Kohl's Corporation - common stock | | None | J | T | New buy | 2/22 | J | | |
| 843. - | | | | | Partial sale | 5/11 | J | A | |
| 844. - | | | | | Partial sale | 10/23 | J | A | |
| 845. - LAM Research Corporation - common | | None | J | T | New buy | 11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| stock | | | | | | | | | |
| 846. - Legg Mason Inc. - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 847. | | | | | Partial sale | 10/23 | J | | |
| 848. - Level 3 Communications Inc. - common stcok | | None | J | T | New buy | 5/25 | J | | |
| 849. - | | | | | Partial buy | 6/13 | J | | |
| 850. - | | | | | Partial buy | 7/10 | J | | |
| 851. - Liberty Property Trust SBI - common stock | A | Dividend | J | T | New buy | 8/9 | J | | |
| 852. - Lloyds TSB Group PLC ADR - common stock | A | Dividend | J | T | New buy | 6/8 | J | | |
| 853. - Mack Cali Realty - common stock | | None | | | New buy | 7/31 | J | | |
| 854. - | | | | | Final sale | 9/11 | J | A | |
| 855. - Maguire Properties Inc. - common stock | A | Dividend | J | T | New buy | 8/29 | J | | |
| 856. - Marvell Technology Group - common stock | | None | | | New buy | 2/22 | J | | |
| 857. - | | | | | Final sale | 5/25 | J | | |
| 858. - Micron Technology - common stock | | None | | | New buy | 9/13 | J | | |
| 859. - | | | | | Final sale | 11/16 | J | | |
| 860. - Mid-America Apt. Cmntys - common stock | A | Dividend | J | T | New buy | 1/30 | J | | |
| 861. - Mitsui Sumitomo Ins. Co. Ltd. ADR - | A | Dividend | J | T | New buy | 3/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| common stock | | | | | | | | | |
| 862. - | | | | | Partial buy | 4/20 | J | | |
| 863. - Molson Coors Brewing Co. - common stock | A | Dividend | J | T | New buy | 8/25 | J | | |
| 864. - Navteq Corporation - common stock | | None | J | T | New buy | 5/3 | J | | |
| 865. - Network Appliance Inc. - common stock | | None | J | T | New buy | 2/22 | J | | |
| 866. - | | | | | Partial sale | 9/7 | J | | |
| 867. - News Corporation - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 868. - Nissan Motor Ltd. ADR - common stock | A | Dividend | J | T | New buy | 3/7 | J | | |
| 869. - | | | | | Partial buy | 4/20 | J | | |
| 870. - Northen Trust Corporation - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 871. - | | | | | Partial buy | 7/19 | J | | |
| 872. - NYSE Group - common stock | | None | J | T | New buy | 5/11 | J | | |
| 873. - | | | | | Partial buy | 5/25 | J | | |
| 874. - | | | | | Partial buy | 6/22 | J | | |
| 875. - | | | | | Partial sale | 9/28 | J | | |
| 876. - | | | | | Partial sale | 12/15 | J | A | |
| 877. - OSI Restaurant Partners Inc. - common | A | Dividend | J | T | New buy | 4/5 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| stock | | | | | | | | | |
| 878. - PG & E Corporation - common stock | A | Dividend | J | T | New buy | 2/28 | J | | |
| 879. - PPL Corporation - common stock | | None | J | T | New buy | 12/21 | J | | |
| 880. - | | | | | Partial buy | 12/28 | J | | |
| 881. - Puget Energy Inc. - common stock | A | Dividend | J | T | New buy | 3/3 | J | | |
| 882. - Qualcomm Inc. - common stock | A | Dividend | J | T | New buy | 1/25 | J | | |
| 883. - | | | | | Partial buy | 2/1 | J | | |
| 884. - | | | | | Partial buy | 2/22 | J | | |
| 885. - Research In Motion - common stock | | None | | | New buy | 7/10 | J | | |
| 886. - | | | | | Final sale | 9/13 | J | A | |
| 887. - SAP Aklengesellschaft - common stock | A | Dividend | | | New buy | 2/22 | J | | |
| 888. - | | | | | Final sale | 6/9 | J | | |
| 889. - Schwab Charles Corporation - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 890. - | | | | | Partial sale | 9/7 | J | A | |
| 891. - Singapore Telecomm ADR - common stock | | None | J | T | New buy | 11/22 | J | | |
| 892. - | | | | | Partial buy | 12/15 | J | | |
| 893. - Smucker J. M. Co. - common stock | A | Dividend | J | T | New buy | 8/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 894. - Southern Company - common stock | A | Dividend | J | T | New buy | 2/28 | J | | |
| 895. - Suez SA ADR - common stock | | None | J | T | New buy | 7/24 | J | | |
| 896. - | | | | | Partial buy | 9/19 | J | | |
| 897. - Sumitomo Mitsui Fin. Group ADR - common stock | A | Dividend | J | T | New buy | 1/23 | J | | |
| 898. - Sun Microsystems Inc. - common stock | | None | J | T | New buy | 1/23 | J | | |
| 899. - | | | | | Partial buy | 1/24 | J | | |
| 900. - | | | | | Partial buy | 2/22 | J | | |
| 901. - | | | | | Partial sale | 5/25 | J | A | |
| 902. - | | | | | Partial sale | 7/10 | J | | |
| 903. - | | | | | Partial buy | 10/23 | J | | |
| 904. - Symantec Corporation - common stock | | None | | | New buy | 1/9 | J | | |
| 905. - | | | | | Final sale | 2/22 | J | | |
| 906. - TD Ameritrade Hldg. Corporation - common stock | | None | J | T | New buy | 2/22 | J | | |
| 907. - | | | | | Partial buy | 7/19 | J | | |
| 908. - | | | | | Partial sale | 10/23 | J | | |
| 909. - Time Warner Inc. - common stock | A | Dividend | J | T | New buy | 10/23 | J | | |
| 910. - Toyota Motor Corporation - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 911.  - Washington Mutual Inc. - common stock | A | Dividend | | | New buy | 7/21 | J | | |
| 912.  - | | | | | Final sale | 11/9 | J | | |
| 913.  - Weingarten Rlty Invs. SBI - common stock | A | Dividend | J | T | New buy | 10/26 | J | | |
| 914.  - Whole Foods Market - common stock | | None | | | New buy | 10/23 | J | | |
| 915.  - | | | | | Final sale | 11/3 | J | | |
| 916.  - Wm. Wrigley Jr. Company - common stock | A | Dividend | | | New buy | 2/22 | J | | |
| 917.  - | | | | | Partial sale | 4/17 | J | | |
| 918.  - | | | | | Final sale | 9/20 | J | | |
| 919.  - Wynn Resorts Ltd. - common stock | A | Dividend | J | T | New buy | 2/22 | J | | |
| 920.  - | | | | | Partial sale | 5/3 | J | A | |
| 921.  - | | | | | Partial buy | 10/23 | J | | |
| 922.  - XM Satelitte Radio Hldgs. - common stock | | None | J | T | New buy | 2/22 | J | | |
| 923.  - | | | | | Partial buy | 6/15 | J | | |
| 924.  - | | | | | Partial buy | 9/28 | J | | |
| 925.  - Yahoo! Inc. - common stock | | None | | | New buy | 2/22 | J | | |
| 926.  - | | | | | Partial sale | 8/2 | J | | |
| 927.  - | | | | | Final sale | 11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 928.  - Yum Brands Inc. - common stock | | None | J | T | New buy | 11/16 | J | | |
| 929. | | | | | | | | | |
| 930. | | | | | | | | | |
| 931. | | | | | | | | | |
| 932. | | | | | | | | | |
| 933. | | | | | | | | | |
| 934. | | | | | | | | | |
| 935. | | | | | | | | | |
| 936. | | | | | | | | | |
| 937. | | | | | | | | | |
| 938. | | | | | | | | | |
| 939. | | | | | | | | | |
| 940. | | | | | | | | | |
| 941. | | | | | | | | | |
| 942. | | | | | | | | | |
| 943. | | | | | | | | | |
| 944. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VII:

BROKERAGE ACCOUNT #1

Page 9, line 72:  On May 8, 2006, Pixar, Inc. merged with Walt Disney Company.  My position in Pixar, Inc., therefore, became a position in Walt Disney Company.

Page 10, line 96:  On May 26, 2006, Total S.A. ADR spun-off Arkema ADR.

Page 10, line 101:  On November 24, 2006, Verizon Communications spun-off Idearc Inc.

Page 12, line 126:  On January 4, 2006, Viacom Inc. spun-off CBS Corporation.

Page 18, line 237:  On May 23, 2006, Sprint Nextel Corporation spun-off Embarq Corporation.


BROKERAGE ACCOUNT #2

Page 36, line 531:  On May 26, 2006, Total S.A. ADR spun-off Arkema ADR.

Page 36, line 540:  On November 24, 2006, Verizon Communications spun-off Idearc Inc.

Page 36, line 542:  On January 4, 2006, Viacom Inc. spun-off CBS Corporation.

Page 39, line 587:  On April 18, 2006, Host Marriott Corporation changed its name to Host Hotels & Resorts, Inc.

Page 49, line 744:  On May 23, 2006, Sprint Nextel Corporation spun-off Embarq Corporation.

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _5-11-07_

NOTE: ANY INDIVIDUAL ... OWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SAN... ...C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544